■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ABREU, Appellant. [937 NYS2d 624]

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, A.P.J., Balkin, Hall and Roman, JJ., concur.